1 | TONY WEST
United States Department of Justice
2 | Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
3 | Assistant Director, District Court Section
Office of Immigration Litigation
4 | SHEREASE PRATT NYSBN 2620912
Trial Attorney
5 | Office of Immigration Litigation

6 | P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
7 | Telephone: (202) 616-0063
FAX: (202) 616-8962

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GURMIT SINGH, JATINDERBIR SINGH, ) No. 09-cv-4759 CW
AMANBIR SINGH, AND GURINDERBIR )
SINGH, )
                                )
              Plaintiffs,       ) **STIPULATION OF EXTENSION OF**
                                ) **TIME TO FILE ANSWER**
      v.                        )
                                )
                                )
EMILIA BARDINI, Director, San Francisco )
Asylum Office, United States Citizenship )
and Immigration Services; ALEJANDRO )
MAYORKAS, Director, United States )
Citizenship and Immigration Services; )
JANET NAPOLITANO, Secretary, )
Department of Homeland Security; ERIC )
H. HOLDER, JR., Attorney General, )
                                )
                                )
              Defendants.       )

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On October 6, 2009, Plaintiffs Gurmit Singh, Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh filed the instant action, seeking to enjoin the United States Citizenship

Stipulation of Extension of Time To File Answer
09-cv-4759-CW

and Immigration Services from enforcing the Notice of Termination of Asylum Status.

2. The parties agree to extend the time for Defendants to answer, plead or otherwise respond to the Complaint to January 7, 2010.

| | |
|---|---|
| DATED: December 3, 2009. | DATED: December 3, 2009. |
| /s/   Jonathan M. Kaufman<br>JONATHAN M. KAUFMAN | TONY WEST<br>Assistant Attorney General, Civil Division<br>United States Department of Justice |
| Jonathan M. Kaufman<br>Attorney at Law<br>220 Montgomery Street, Suite 976<br>San Francisco, California 94104<br>Telephone: (415) 956-4765<br>Facsimile: (415) 956-1664<br>Email:jonathan-kaufman@sbcglobal.net | ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br>Civil Division, Office of Immigration Litigation<br><br>/s/ Sherease Pratt<br>SHEREASE PRATT[1]<br>Trial Attorney, District Court Section<br>Civil Division, Office of Immigration Litigation |
| Attorney for Plaintiffs | United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 616-0063<br>Facsimile: (202) 616-8962<br>Email: Sherease.Pratt@usdoj.gov<br><br>Attorneys for Defendants |

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendants to file their Answer to Plaintiffs' Complaint be extended to January 7, 2009.

SO ORDERED.

Date:   December 10, 2009.

_____
CLAUDIA WILKEN
United States District Judge

---

[1] I, Sherease Pratt, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation of Extension of Time To File Answer
09-cv-4759-CW                                                  2