TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
SHEREASE PRATT NYSBN 2620912
Trial Attorney
Office of Immigration Litigation

    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 616-0063
    FAX: (202) 616-8962

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GURMIT SINGH, JATINDERBIR SINGH, AMANBIR SINGH, AND GURINDERBIR SINGH, <br><br>                  Plaintiffs,<br><br>      v.<br><br>EMILIA BARDINI, Director, San Francisco Asylum Office, United States Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC H. HOLDER, JR., Attorney General,<br><br>                  Defendants. | No. 09-cv-4759 CW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

The parties hereby stipulate and agree as follows:

Plaintiffs Gurmit Singh, Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh agree to the stipulated voluntary dismissal of the above-captioned matter, pursuant to the conditions that follow:

Joint Stipulation of Voluntary Dismissal
09-cv-4759-CW

1    WHEREAS, on June 15, 2009, Defendant United States Citizenship and Immigration Services (USCIS") issued a Notice of Termination of Asylum Status ("Notice"). The Notice stated, *inter alia*, that the asylum status of Plaintiff Gurmit Singh, as the principal asylum applicant, was terminated. The Notice further stated that termination of asylum status of a principal applicant results in the termination of asylum status of any children whose asylum status was derived from the approval of the principal's asylum status;

WHEREAS, on October 6, 2009, Plaintiff Gurmit Singh, a Legal Permanent Resident, and his three sons, Plaintiffs Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh, filed the instant action, seeking to enjoin USCIS from enforcing the Notice;

WHEREAS, pursuant to *Robleto-Pastora v. Holder*, 567 F.3d 437, 446 (9th Cir. May 27, 2009), once an alien becomes a lawful permanent resident, the alien is no longer an asylee and thus is "no longer covered by the statutory and regulatory provisions concerning formal termination of asylum status." *Id.*;

WHEREAS, Plaintiff Gurmit Singh had already adjusted his status to that of a Legal Permanent Resident on April 20, 2005, prior to the date that the Notice was issued, Plaintiff Gurmit Singh was no longer an asylee and the Notice had no legal effect upon Plaintiff Gurmit Singh's asylee status;

WHEREAS, the asylum status of Plaintiff Gurmit Singh, as the principal applicant, was not terminated by the June 15, 2009, Notice, the asylum status of Plaintiff Gurmit Singh's three sons Plaintiffs Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh, remained intact and did not terminate as of this Notice, as their asylum status derived from the principal's asylum status;

WHEREAS, Plaintiff Gurmit Singh's three sons Plaintiffs Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh, continue to maintain their asylum status at this time.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties to this Stipulation, through their respective attorneys, that

1.   Under *Robleto-Pastora*, the Notice had no legal effect upon the asylee status of Plaintiffs Gurmit Singh, Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh. Plaintiffs Jatinderbir Singh, Amanbir Singh, and Gurinderbir Singh remain asylees at this time.

Joint Stipulation of Voluntary Dismissal
09-cv-4759-CW                    2

2.  USCIS will place a copy of this dismissal stipulation in each Plaintiff's file. USCIS agrees to this condition in order to avoid unnecessarily protracting this litigation.

3.  Plaintiffs will not seek attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, associated with the above-captioned matter. Each party will bear its own fees and costs.

DATED: December 8, 2009.

/s/   Jonathan M. Kaufman
JONATHAN M. KAUFMAN

Jonathan M. Kaufman
Attorney at Law
220 Montgomery Street, Suite 976
San Francisco, California 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
Email:jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

DATED: December 8, 2009.

TONY WEST
Assistant Attorney General, Civil Division
United States Department of Justice

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Civil Division, Office of Immigration Litigation

/s/ Sherease Pratt
SHEREASE PRATT[1]
Trial Attorney, District Court Section
Civil Division, Office of Immigration Litigation

United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 616-0063
Facsimile: (202) 616-8962
Email: Sherease.Pratt@usdoj.gov

Attorneys for Defendants

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Complaint is dismissed.

SO ORDERED.

Date:   December __16__, 2009.

_____
CLAUDIA WILKEN
United States District Judge

---

[1] I, Sherease Pratt, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Joint Stipulation of Voluntary Dismissal
09-cv-4759-CW                                     3